1784.

which is eftablifhed by the oath before the juftice; the recording only gives the deed a fpecial operation by the exprefs proviiions of the Act of Affembly.*

## BURKE's *Leffee verfus* RYAN.

EJECTMENT.—On the trial of this caufe, in deducing the plaintiffs' title, a fheriff's deed was produced, but no part of the record recited therein.

*Sergeant* contended, that if the title was fet forth, it was neceffary to prove every part of it; that between the parties, the *Fi. fa.* and *Vend. Exp.* may only be fhewn; but that againft a ftranger, the pleadings, verdict, and judgment, ought to be produced. *Gilb. L. of E.* 9. 10.

On a queftion from the oppofite counfel, *Sergeant* admitted that in *New-Jerfey,* it was not the practice to produce more than the fheriff's deed; but infifted that, of late, it had been frequently required, and that in ftrictnefs, it was indifpenfibly neceffary.

But, BY THE COURT:—As the poffeffion has gone more than twenty years along with the deed, it is unneceffary, in this cafe, to require farther proof. And the CHIEF JUSTICE added, that within his knowledge, it had not been cuftomary, in any cafe, to produce the record.

*Lewis* and *Mifflin* for the plaintiff.—*Sergeant* for the defendant.

## HIGHT *verfus* WILSON.

THIS was a feigned iffue to try the validity of a will, againft the probate of which, a *caveat* had been entered in the Regifter's Office. The plea was infanity in the teftator; and evidence was given of habitual drunkennefs, old age, weaknefs of body, fhortnefs of memory, and a few incoherent expreffions. The jury however, in a very fhort time, gave a verdict for the plaintiff in the iffue, who was the devifee in the will.

The CHIEF JUSTICE, in his charge to the jury, informed them, ift. That it was not neceffary that a will, devifing real eftate in this Commonwealth, fhould be fealed. 2d. Nor that all the fubfcribing witneffes fhould prove the execution. 3d. Nor that the proof of the will fhould be made by thofe who fubfcribed as witneffes. 4th. Nor that the will fhould be fubfcribed by the witneffes.†

HIGH

---

* This caufe was tried at *Carlifle* N. P. on the 24th of *May* 1784, before M'KEAN, *C. J.* ATLEE and RUSH, *Juftices.*
† See *paft. Lewis* Appellant *verfus Morris* Appellee.